# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. MAGISTRATE JUDGE MINUTE ENTRY

**(X) Change of Plea**

MAGISTRATE JUDGE: RONALD E. BUSH   DATE: 1/24/17
DEPUTY CLERK/ESR: Lynette Case   Tape: 9:30 am (50 min)
BOISE, IDAHO

UNITED STATES OF AMERICA vs. TRAVIS SPRADLIN
CR. 16-145-S-BLW-1

Counsel for:   United States (AUSA): Justin Whatcott
Defendant: Tom Monaghan-Federal Defender previously appointed

(X) Court reviewed the record. Defendant previously appeared.
(X) Constitutional Rights to Jury Trial and Counsel advised.  (X) Defendant placed under oath.
(X) Court reviewed the record.
(X) Waiver of Right to Proceed before US Magistrate Judge for a Plea entered.
(X) Maximum Penalties discussed.
Docket Note: Special Assessment may be up to $5,100.00.  Govt. might request downward departure at time of sentencing and this matter may be a crime of violence, rights advised to all these matters.
(X) **PLEA: Defendant entered plea of** GUILTY to **Count 2** the Indictment, and Forfeiture Allegation.
(X) Upon examination of the defendant, the Court finds the defendant competent to enter a plea.
(X) **Plea Agreement (Doc. 22) discussed with Court and Counsel.**
(X) Counsel for the Government stated for the record the elements and evidence of the charge.
(X) Statement by defendant for entering Guilty Plea.
(X) The Court finds there is a factual basis to accept the defendant's plea of guilty.
(X) Govt. to dismiss Cts. 1 and 3 at time of sentencing.

**(X) Court Ordered a Pre-Sentence in this matter. Defendant shall meet with U.S. Probation Officer.**

NOTICE OF SENTENCING:   4/13/ 2017 at 9:30 AM, before  Judge Dee V. Benson at BOISE, Idaho.
Original report to Counsel: 3/9/2017.
Notification of Objections: 3/23/2017.
Final Report Due: 4/6/2017.

(X) *Notice:* Should your sentencing expect to last longer than 1 hour; Counsel shall contact Sherri O'Larey at least 14 days PRIOR to the Sentencing Date.  Any letters must be filed with the USPO and filed no later than 7 days PRIOR and any Sentencing Memorandum shall be filed 7 days PRIOR to Sentencing. Any memorandum seeking to be filed under seal, shall be filed via a separate motion.

(X) Court shall enter an R&R to this effect.

(X) **ORDER**: Defendant remanded to custody of USMS, prior Detention Order remains in effect.